UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                                       Case No. 3:10cr018

Charles Painter,                       Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion to Hold Sentencing in Abeyance (Doc. 12). There is no objection by the United States.

Sentencing in this matter has not yet been set. Accordingly, the Motion is **GRANTED**. The sentencing will be held in abeyance for a period of ninety (90) days.

**IT IS SO ORDERED.**

                                              *S/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge